IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MT. AIRY BUSINESS CENTER, INC., )
          Plaintiff, )
   v. ) 1:10CV307
)
CITY OF KANNAPOLIS, NORTH )
CAROLINA, a North Carolina municipality, )
          Defendant. )

## ORDER

BEATY, District Judge.

This matter is before the Court on recommendation of the United States Magistrate Judge that Defendant's Motion to Abstain [Doc. #11] be denied. The Magistrate Judge's Memorandum Opinion and Recommendation [Doc. #23] was filed on January 21, 2014, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by § 636.

In the absence of objections, this Court reviews the Recommendation only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Fed. R. Civ. P. 72 advisory committee's note. The Court has appropriately reviewed the Recommendation. Having done so, the Court finds that no clear error exists and the Recommendation should be adopted. The Magistrate Judge's Recommendation [Doc. #23] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that Defendant's Motion to Abstain [Doc. #11] is DENIED.

This, the 12th day of March, 2014.

                                                          /s/ James A. Beaty, Jr.
                                                   United States District Judge